

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Johnny Lester Anderson, Appellant

No. 06-18-00106-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14904). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order to pay attorney fees. As modified, we affirm the trial court's judgment.

We note that the appellant, Johnny Lester Anderson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 4, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk